UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE E. ERAZO MARTINEZ,

                Plaintiff,

      - against -

THE STATE OF NEW YORK, ET AL.,

                Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/09

1:09-cv-06774-RJH

**ORDER**

For the reasons stated on the record on August 5, 2009, plaintiff's emergency application for a writ of coram nobis, a writ of habeas corpus, and a preliminary injunction [2] is denied. The Clerk is directed to enter judgment immediately and close this case.

SO ORDERED.

Dated: New York, New York
       August 7, 2009

                                                  Richard J. Holwell
                                                  United States District Judge